**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO.** |
| **v.** | * | |
| **JOHN DOE subscriber assigned IP address 108.51.227.33,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

## INABILITY TO CONFER

The Defendant in this case is a "John Doe" defendant. As such, the identity of the defendant and their contact information are unknown at this time. Without this information, it is impossible to schedule a discovery conference.

        Respectfully submitted,

        MALIBU MEDIA, LLC
        PLAINTIFF

        By: /s/*Jon A. Hoppe*
        Jon A. Hoppe, Esquire #6479
        Counsel
        Maddox, Hoppe, Hoofnagle &
            Hafey, L.L.C.
        1401 Mercantile Lane #105
        Largo, Maryland 20774
        (301) 341-2580